# FORM   A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

**FILED**

JAMES J. VILT, JR. - CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

JUN 1 3 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dustin Michael Hicks

_____

_____

(Full name of the Plaintiff(s) in this action)

v.

J.J. Scarborough
Brandon Finch

_____

_____

_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:22CV315DJH
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(✓) NO JURY TRIAL DEMAND
(Check only one)

## I.    PARTIES

**(A) Plaintiff**(s). Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Dustin Hicks

Place of Confinement: Kenton County Detention Center

Address: 3000 Decker Crane Lane Covington Ky. 41017

Status of Plaintiff:  CONVICTED ( )    PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED  (___)  PRETRIAL DETAINEE  (___)

(3)  Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff:  CONVICTED  (___)  PRETRIAL DETAINEE  (___)

**(B)  Defendant(s)**.  Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued.  Repeat this procedure for each additional Defendant named, if any.

(1)  Defendant _T. T. Scarborough_____ is employed as _Jailer_____ at _Meade County Detention Center_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2)  Defendant _Brandon Finch_____ is employed as _Cheif Deputy_____ at _Meade County Detention Center_.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3)  Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4)  Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5)  Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II.    PREVIOUS LAWSUITS

(A)  Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (✓)

(B)  If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s):     _____

_____

Defendant(s):  _____

_____

Court (if federal court, name the district.  If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action):_____

Disposition (for example, Was the case dismissed?  Is it still pending?  Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

**III.    STATEMENT OF CLAIM(S)**

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Violation of my 8th Amendment. While being detained at Meade Co. Detention Center on 11-8-2021 I filed a PREA due to an incident at their jail Brandon Finch (Chief Deputy) collected the PREA forms from me & to it to J.J. Scarborough (Jailer). Both then returned & pulled me from my cell where the Jailer informed me that he was a peace officer so there would never be an outside investigation for me because it wouldn't get past him. I then asked for a grievance. The Jailer then told me if I tried to file any other paperwork on the situation he would put me in the hole for an additional 60 days. The next day 11-9-2021 I didn't eat lunch or breakfast. Shortly after lunch I was stripped of my clothes & put on high risk. I informed officers that I had only missed 2 meals & was prepared to eat dinner. They still put me on high risk & added 3 days to my 21 day segregation term. 11-10-2021 I was given 30 minutes out of my cell to shower. I seen there was a camera facing me so I asked about a shower curtain & was denied. From that day through 12-2-2021 I was made to shower on camera with no curtain or privacy at all. The major issue with this is that the Chief Deputy Brandon Finch has access to this video feed from multiple places including his office. I told deputies I didn't think it was legal to video & record

4

## III. STATEMENT OF CLAIM(S) continued

Me Nude in the shower & that I was uncomfortable with it. I was then told if I didn't shower in the area they have provided for me I would remain in Segregation for the duration of my stay & receive a write up for poor hygein. The Chief Deputy Brandon Finch is openly homosexual & is the reason behind these events with his employer/Boss J.J. Scarborough (Jake) behind him.

5

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

✓     award money damages in the amount of $ _150,000⁰⁰_____

_____ grant injunctive relief by_____

✓     award punitive damages in the amount of $ 150,000⁰⁰_____

_____ other: _____

## V.   DECLARATION UNDER PENALTY OF PERJURY
   (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 9ᵗʰ day of June_____, 2022.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 6-9-2022_____.

_____
(Signature)

6

Dustin Hicks #198543
3000 Decker Cran Lane
Covington Ky 41017

United States District Court
601 W. Broadway, RM 106
Gene Snyder United States Courthouse
Louisville Ky, 40202



CINCINNATI
10 JUN 2022

**FILED**
JAMES J. VILT, JR. - CLERK

JUN 13 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

40202-224999



UNCENSORED INMATE MAIL
Kenton County Detention Cente



FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

© USPS 2019